IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LAURA GARNER and LAWRENCE ADAMS, individually and as representatives of a class of similarly situated persons, on behalf of the NORTHROP GRUMMAN SAVINGS PLAN,<br><br>      Plaintiffs,<br>  v.<br><br>NORTHROP GRUMMAN CORPORATION, the NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE COMMITTEE, and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>      Defendants. | Case No: 1:25-cv-00439-CMH-WEF |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE

This matter having come before the Court on Plaintiffs' Unopposed Motion to Consolidate, and the Court having considered the submission herein, GRANTS Plaintiffs' Motion and consolidates the *Garner* (No. 1:25-cv-00439) and *Clouse* (No. 1:25-cv-00767) matters. In light of this Order, Plaintiffs need not respond to Defendants' pending motion to dismiss. The Court further orders the following:

1. A consolidated amended complaint shall be filed on or before June 18, 2025;
2. Defendants shall file a response to the consolidated amended complaint on or before July 18, 2025;
3. Plaintiffs shall file any opposition brief on or before August 18, 2025; and
4. Defendants shall file any reply on or before September 8, 2025.

**IT IS SO ORDERED**

On this ___9th___ day of ___June___, 2025.

*Claude M. Hilton*
Claude M. Hilton United
States District Judge